UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CLOVER RIDGE VILLAGE CONDOMINIUM
ASSOCIATION,

      Plaintiff,

v.                                                                  Civil No. 21-02702 (JRT/JFD)

THE PHOENIX INSURANCE COMPANY                **ORDER FOR DISMISSAL WITH PREJUDICE**

      Defendant.

---

Bradley K. Hammond, **SMITH JADIN JOHNSON, PLLC,** 7900 Xerxes Avenue S., Suite 2020, Bloomington, MN 55431, for plaintiff.

Joel T. Wiegert, **HINSHAW & CULBERTSON LLP,** 250 Nicollet Mall, Suite 1150, Minneapolis, MN 55401, for defendant.

Alexander J. Bialk, **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC,** 222 North LaSalle Street, Suite 1400, Chicago, IL 60601, for defendant.

The parties have stipulated to dismissal of this case with prejudice. [Docket No. 22]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that the stipulation of dismissal of this action is approved and this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 26, 2022
at Minneapolis, Minnesota

                                        s/John R. Tunheim
                                        JOHN R. TUNHEIM
                                        District Judge
                                        United States District Court