# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Clover Ridge Village Condominium Association, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-2702 (JRT/JFD) |
| The Phoenix Insurance Company, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The stipulation of dismissal of this action is approved and this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

Date: 8/29/2022                                                                                        KATE M. FOGARTY, CLERK